■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER CASTELLANO, Appellant. [726 NYS2d 281] —Appeal by the

defendant from a judgment of the Supre.... Kings County (Knipel, J.), rendered February 27 ... convicting him of aggravated unlicensed operation of a ... vehicle in the first degree and criminal possession of stolen property in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the admission of evidence regarding an uncharged crime is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, any error in admitting this evidence was harmless in light of the overwhelming evidence of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230; *People v Castro,* 261 AD2d 553; *People v Davis,* 259 AD2d 706; *People v Lunsford,* 244 AD2d 507).

The defendant's remaining contention is without merit. Ritter, J. P., Krausman, H. Miller and Smith, JJ., concur.